UNITED STATES OF AMERICA
SOUTHER DISTRICT OF FLORIDA
CASE NO: 07-21134-CIV-UU

UNITED STATES OF AMERICA,
Ex rel. JULIE DAVIS,
    Plaintiff,

v.

SHERIDAN HEALTHCARE, INC., Et al.,
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW, Plaintiff, UNITED STATES OF AMERICA, Ex rel. JULIE DAVIS, by and through their undersigned counsel, and pursuant to Rule 41(a)(1) does hereby voluntarily dismiss the above-styled action without prejudice. The UNITED STATES OF AMERICA has no objection.

Dated February 17, 2009.

    Respectfully submitted,

By: _____
WILLIAM G. CHRISTOPHER, Esquire
Fla. Bar No. 751936
Attorney for Relator Julie Davis
Maglio Christopher & Toale Law Firm
1751 Mound Street, Second Floor
Sarasota, FL 34236
Phone: 941-952-5242
Facsimile: 941-952-5042
E-Mail: wchristopher@sarasotalaw.com